Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  22−18518−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Teresa M Sisco
520 Collings Ave, Apt B316
Oaklyn, NJ 08107
Social Security No.:
xxx−xx−8657
Employer's Tax I.D. No.:

---

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

Please be advised that Teresa M. Sisco the Debtor in the above captioned case filed a proof of claim on behalf of the following creditor(s) on March 22, 2023.

Parkview Holdings Investor, LLC


Dated: March 23, 2023
JAN: eag

Jeanne Naughton
Clerk